IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JOSHUA EHLERS,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-3443

Opinion filed October 8, 2014.

An appeal from the Circuit Court for Clay County.
Don H. Lester, Judge.

Joshua Ehlers, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Anne C. Conley, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

    AFFIRMED.

VAN NORTWICK, RAY, AND OSTERHAUS, JJ., CONCUR.